UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                                 Case No. 15−32966
                                                                      Chapter 13
Lynette K. Gayle

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on June 29, 2016 at 09:00 AM

to consider and act upon the following:

*43* − Motion for Relief from Stay AND REQUEST FOR TELEPHONIC HEARING. Fee Amount $176 filed by Janna L Ifshin on behalf of WELLS FARGO BANK, N.A.. (Attachments: # 1 AFFIDAVIT # 2 NOTE # 3 MORTGAGE # 4 LOAN MODIFICATION # 5 POST−PETITION PAYMENT HISTORY) (Ifshin, Janna)

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1−888−431−3632 Participant Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

   − Mute your telephone as applicable until your case is called
   − Do not place the phone on hold during the call as many companies utilize background music

   If you cannot mute your phone:
   − Do not conduct work such as paper shuffling or keyboard typing
   − Do not address the court until you are called upon
   − Remain silent while waiting
   − Refrain from making unnecessary noise
   − Turn off electronics that broadcast sound − television, radio
   − Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated: June 10, 2016

                                                               */s/ Juan−Carl Guerrero*

                                                               Juan−Carlos Guerrero

Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                         Middle District of Alabama
In re:                                                       Case No. 15-32966-DHW
Lynette K. Gayle                                             Chapter 13
         Debtor
                         CERTIFICATE OF NOTICE
District/off: 1127-2      User: blivingst      Page 1 of 1        Date Rcvd: Jun 10, 2016
                          Form ID: nhATT888    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2016.
db          Lynette K. Gayle,    5154 Valley Brook Lane,    Montgomery, AL   36117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Janna L Ifshin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@sirote.com
              Richard D. Shinbaum    on behalf of Debtor Lynette K. Gayle rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 4